Edward DAVIS, Appellant,

v.

The Honorable James H. DAVIS, Governor of the State of Louisiana, and Victor G. Walker, Warden of the Louisiana State Penitentiary, Appellees.

No. 19829.

United States Court of Appeals
Fifth Circuit.

Jan. 3, 1963.

which he sought to raise by petition for habeas corpus in the trial court, the judgment dismissing the petition for habeas corpus must be affirmed. See Connelly v. Cormier, 5 Cir., 279 F.2d 37.

Leonard L. Dreyfus, Bruce C. Waltzer, New Orleans, La., for appellant.

Jack P. F. Gremillion, Atty. Gen., of Louisiana, Teddy W. Airhart, Scallan E. Walsh, Asst. Attys. Gen. of Louisiana, Baton Rouge, La., for appellees.

Before TUTTLE, Chief Judge, GEWIN, Circuit Judge, and AINSWORTH, District Judge.

PER CURIAM.

It being clear that appellant has not raised in the State court the asserted denial of Federal Constitutional rights,